UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

-----------------------------------------------------------------------------

T.J.,                                                            AFFIDAVIT OF DAVID A. ARNDT

               Plaintiff,

  -vs-                                             Court File No. Civ. 04-2847(ADM/RLE)

Mesabi Academy of Kidspeace, Inc.,
Kidspeace Corporation, and Michael Muehlberg,

               Defendants.

-----------------------------------------------------------------------------

STATE OF MINNESOTA)
                                )ss.
COUNTY OF ST. LOUIS )

       David A. Arndt, being first duly sworn on oath, deposes and states:

       1.       That your affiant is one of the attorneys for plaintiff in the above entitled matter.

       2.       That attached to this affidavit and incorporated herein as Exhibit A is a true and correct of the transcript of the deposition of Diane Marciano taken June 7, 2005.

       3.       That attached to this affidavit and incorporated herein as Exhibit B is a true and correct copy of the transcript of the deposition of Jim Miller taken June 7, 2005.

       4.       That attached to this affidavit and incorporated herein as Exhibit C is a true and correct copy of the transcript of the deposition of Diane Petrella taken June 7, 2005.

       5.       That attached to this affidavit and incorporated herein as Exhibit D is a true and correct copy of the transcript of the deposition of Richard Boyer taken June 7, 2005.

       6.       That attached to this affidavit and incorporated herein as Exhibit E is a true and correct copy of the transcript of the deposition of David Breiner taken June 7, 2005.

7. That attached to this affidavit and incorporated herein as Exhibit F is a true and correct copy of the transcript of the deposition of Lance Edminster taken May 4, 2005.

8. That attached to this affidavit and incorporated herein as Exhibit G is a true and correct copy of the transcript of the deposition of Joe Fondie taken May 5, 2005.

9. That attached to this affidavit and incorporated herein as Exhibit H is a true and correct copy of the transcript of the deposition of Misty Koskela taken May 25, 2005.

10. That attached to this affidavit and incorporated herein as Exhibit I is a true and correct copy of the affidavit of Misty Koskela executed March 11, 2005.

11. That attached to this affidavit and incorporated herein as Exhibit J is a true and correct copy of the transcript of the deposition of Bruce Strom taken May 4, 2005.

12. That attached to this affidavit and incorporated herein as Exhibit K is a true and correct copy of the transcript of the deposition of Paul Jacobson taken May 4, 2005.

13. That attached to this affidavit and incorporated herein as Exhibit L is a true and correct copy of the transcript of the deposition of Tracy Jurek taken April 5, 2005.

14. That attached to this affidavit and incorporated herein as Exhibit M is a true and correct copy of the affidavit of Tracy Jurek executed August 24, 2005.

15. That attached to this affidavit and incorporated herein as Exhibit N is a true and correct copy of the transcript of the deposition of Kevin Lantz taken May 25, 2005.

16. That attached to this affidavit and incorporated herein as Exhibit O is a true and correct copy of the transcript of the deposition of Tina Pulford taken May 26, 2005.

17. That attached to this affidavit and incorporated herein as Exhibit P is a true and correct copy of Pulford Deposition Exhibit 1 which is the affidavit of Tina Pulford executed March 14, 2005.

18. That attached to this affidavit and incorporated herein as Exhibit Q is a true and correct copy of the transcript of the deposition of Michael Muehlberg taken May 5, 2005.

19. That attached to this affidavit and incorporated herein as Exhibit R is a true and correct copy of the transcript of the deposition of Jamie Montcalm taken May 25, 2005.

20. That attached to this affidavit and incorporated herein as Exhibit S is a true and correct copy of Montcalm Deposition Exhibit 1 which is the affidavit of Jamie Montcalm executed March 11, 2005.

21. That attached to this affidavit and incorporated herein as Exhibit T is a true and correct copy of the transcript of the deposition of Deanna (Maki) Bothma taken May 25, 2005.

22. That attached to this affidavit and incorporated herein as Exhibit U is a true and correct copy of the transcript of the deposition of Lucy Coughlin taken May 24, 2005.

23. That attached to this affidavit and incorporated herein as Exhibit V are true and correct copies of page 1-5 of the PCM (Professional Crisis Management) Practitioner's Manual and page 20 (Bates' stamp K03039) of the PCM Instructors' Manual

24. That attached to this affidavit and incorporated herein as Exhibit W is a true and correct copy of page 127 of the Mesabi Academy of KidsPeace Sex Offender Manual "Discovery Unit".

25. That attached to this affidavit and incorporated herein as Exhibit X are true and correct copies of pages 117 through 128 of the trial transcript in the matter of <u>State of Minnesota vs. Durrell Caldwell</u>.

26. That attached to this affidavit and incorporated herein as Exhibit Y is a true and correct copy of Marciano Exhibit 1 which is the Management Agreement between KidsPeace Corporation and Point Rejuvenate of Minnesota, Inc. n/k/a Mesabi Academy of KidsPeace.

27. That attached to this affidavit and incorporated herein as Exhibit Z is a true and correct copy of the transcript of the deposition of Paul Jacobson taken August 2, 2005 in the matter of <u>Lisa Vajdl vs. KidsPeace Corporation, et al</u>.

28. That attached to this affidavit and incorporated herein as Exhibit AA is a true and correct copy of the transcript of the deposition of Lance Edminster taken August 2, 2005 in the matter of <u>Lisa Vajdl vs. KidsPeace Corporation, et al</u>.

29. That attached to this affidavit and incorporated herein as Exhibit BB is a true and correct copy of the report of plaintiff's expert Thomas Rosazza dated July 14, 2005.

30. That attached to this affidavit and incorporated herein as Exhibit CC is a true and correct copy of the EEOC claim filed by Lucy Coughlin.

31. That attached to this affidavit and incorporated herein as Exhibit DD is a true and correct copy of the transcript of the deposition of Lisa Vajdl taken August 3, 2005 in the matter of <u>Lisa Vajdl vs. KidsPeace Corporation, et al</u>.

32. That attached to this affidavit and incorporated herein as Exhibit EE is a true and correct copy of the Final Written Warning issued to Michael Muehlberg on or about February 5, 2004 concerning various date(s) of incident(s).

33. That attached to this affidavit and incorporated herein as Exhibit FF is a true and correct copy of the Final Written Warning issued to Michael Muehlberg on or about February 8, 2003 concerning an incident that occurred on January 7, 2003.

34. That attached to this affidavit and incorporated herein as Exhibit GG is a true and correct copy of the Written Warning issued to Michael Muehlberg on or about February 19, 2002 concerning an incident that occurred on February 15, 2002.

35. That attached to this affidavit and incorporated herein as Exhibit HH is a true and correct copy of Jacobson deposition Exhibit 1.

36. That attached to this affidavit and incorporated herein as Exhibit II are true and correct copies of T.J. deposition Exhibits 25, 26, 27, 28 and 42.

37. That attached to this affidavit and incorporated herein as Exhibit JJ are true and correct copies of T.J. GAP review / KidsPeace Performance Evaluation.

38. That attached to this affidavit and incorporated herein as Exhibit KK is a true and correct copy of the transcript of the deposition of Michael Muehlberg taken August 11, 2005 in the matter of <u>Lisa Vajdl vs. KidsPeace Corporation, et al.</u>

39. That attached to this affidavit and incorporated herein as Exhibit LL is a true and correct copy of the transcript of the deposition of Joel Lawson taken August 11, 2005 in the matter of <u>Lisa Vajdl vs. KidsPeace Corporation, et al.</u>

40. That attached to this affidavit and incorporated herein as Exhibit MM are true and correct copies of Aimee Foszpanczyk deposition Exhibits 7 and 20.

       / s David A. Arndt
             David A. Arndt

Subscribed and sworn to before me
this ____ day of August, 2005.


____/S      Notary_____
Notary Public